IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| ------------------------------------------------- : | |
| UNITED STATES OF AMERICA : | |
| : | CASE NO.  1:06CR401 |
| Plaintiff : | |
| : | |
| -vs- : | |
| : | |
| LEANDER WILLIAMS : | ORDER ACCEPTING PLEA AGREEMENT |
| : | AND JUDGMENT |
| Defendant : | |
| ------------------------------------------------- : | |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli regarding the change of plea hearing and plea agreement of Leander Williams which was referred to the Magistrate Judge with the consent of the parties.

     On 22 August 2006, the government filed a three-count indictment against Leander Williams for conspiracy, aggravated identity theft, bank fraud and aiding and abetting in violation of 18 U.S.C. § 371, 18 U.S.C. § 1344, 18 U.S.C. § 2, and 18 U.S.C. § 1028A(a)(1).  On 11 September 2006, a hearing was held in which Leander Williams entered a plea of not guilty before Magistrate Judge Vecchiarelli.  On 14 December 2006, Magistrate Judge Vecchiarelli received Leander Williams's plea of guilty and

issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Leander Williams is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Leander Williams is adjudged guilty of Count Two in violation of 18 U.S.C. § 1344 and 18 U.S.C. § 2.

IT IS SO ORDERED.

Dated: <u>13 February 2007</u>　　　　　　　　/s/Lesley Wells
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE